UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT, | No. 2:14-cv-1286 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. TURNER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983, has filed two motions seeking orders directed at the prison law librarian, a non-defendant. First, he seeks an order directing the librarian to allow him to make copies of all documents in this action so that an attorney can assist plaintiff with this case. (ECF No. 30). Second, plaintiff seeks an order granting him "Preferred Legal User" status, which would allow him more library time than a non-PLU inmate. (ECF No. 31.)

Despite limits on his ability to make copies and/or use the prison library, plaintiff has not demonstrated that his right of access to the courts is being impaired. Moreover, as a general rule, this court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969). If plaintiff requires additional time to meet the deadlines in this action due to his incarcerated status, he may request one or more extensions of time for good cause.

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for court order re legal copies (ECF No. 30) is denied; and

2. Plaintiff's motion for court order granting PLU status (ECF No 31) is denied.

Dated: January 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hunt1286.80