IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE HUNT,

    Plaintiff,

vs.

L. TURNER et al.,

    Defendants.

No. 2:14-cv-1286 MCE CKD P

**ORDER**

The parties through counsel have stipulated to an extension of the discovery cut-off date for the sole purpose of taking Plaintiff's and Defendant's depositions. (ECF No. 43.) Good cause having been shown, the discovery cut-off date for party depositions is extended to October 15, 2015. No other discovery shall be conducted past the September 1, 2015 deadline.

IT IS SO ORDERED.

Dated: September 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE