IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE HUNT,

                Plaintiff,

v.

L. TURNER,

                Defendant.

No. 2:14-cv-1286 CKD P

ORDER

Defendant Turner moves to amend the Discovery and Scheduling Order to continue the dispositive motion filing deadline forty-five days, from November 6, 2015 to December 21, 2015. The Court has considered the motion and supporting declaration of defense counsel, and for good cause showing, the Court grants Defendant Turner's motion (ECF No. 45).

    IT IS SO ORDERED.

Dated: November 4, 2015

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE